USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 17 2013

<u>Exhibit B</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIFE BRANDS, LLC and RFI, LLC,

          Plaintiffs,

v.

MONSTEROPS, LLC, T NATION LLC
f/k/a Testosterone Publishing, LLC
and BIOTEST LLC f/k/a Biotest
Laboratories, LLC,

          Defendants.

Case No.  12-CV-7746

Hon. Alison J. Nathan

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as the respective attorneys of record for Plaintiffs Life Brands, LLC and RFI, LLC and Defendants Monsterops, LLC, T Nation LLC, and Biotest LLC that:

1.     The Complaint and Counterclaims in the above-captioned action are DISMISSED WITH PREJUDICE.

2.     Each party shall bear its own costs.

Respectfully submitted,

Dated: March 27, 2013

_____
Arianna Frankl (AF7764)
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
900 Third Avenue, 16th Floor
New York, NY 10022
Telephone: 212-752-8000
Facsimile: 212-752-8393
afrankl@coleschotz.com

*Attorneys for Plaintiffs Life Brands, LLC and RFI, LLC*

Dated: March 26, 2013

_____
Tedd W. Van Buskirk (TVB8766)
POLSINELLI SHUGHART PC
805 Third Avenue, Suite 2020
New York, NY 10022
Telephone: 212-684-0199
Facsimile: 212-202-6242
tvanbuskirk@polsinelli.com

*Attorneys for Defendants Monsterops, LLC, T Nation LLC, and Biotest LLC*

It is SO ORDERED.

_____
ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

4/17/13

2

32547/0026-9376528v1